LUTHER LANHAM, APPELLANT, *v.* STATE OF NEVADA, RESPONDENT.

No. 7976

January 23, 1976                    544 P.2d 896

*Horace R. Goff,* State Public Defender, and *Gary Armentrout,* Deputy State Public Defender, for Appellant.

*Larry R. Hicks,* District Attorney, and *Kathleen M. Wall,* Assistant Chief Deputy District Attorney, Washoe County, for Respondent.

## OPINION

*Per Curiam:*

The record totally refutes the appellant's contention that his confession and admissions to the police officer after being given the Miranda warnings were coerced or involuntary. Accordingly, we affirm the convictions.